# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF VERMONT

SAIM SARWAR**,**

      Plaintiff,

v.

FAIRBANKS INN LLC,

      Defendant.

_____

Case No.: 2:20-cv-221

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant hereby file this Joint Stipulation of Dismissal with Prejudice, showing this Court as follows:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all parties voluntarily stipulate that all claims, disputes, and controversies between Plaintiff and Defendant in this matter are dismissed, with prejudice, and that each party shall bear its/his own attorney fees, costs and expenses of litigation.

Respectfully submitted on June 30, 2021.

| | |
|---|---|
| _/s/ Tristan W. Gillespie_ | _/s/ David N. Dunn_ |
| Tristan W. Gillespie | David N. Dunn |
| | |
| THOMAS B. BACON, P.A. | Phillips, Dunn, Shriver & Carroll, P.C. |
| 5150 Cottage Farm Rd. | 147 Western Avenue |
| Johns Creek, GA 30022 | Brattleboro, VT 05301 |
| Gillespie.tristan@gmail.com | (802) 257-7244 |
| 404-276-7277 | ddunn@pdsclaw.com |
| | |
| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT |